B9I (Official Form 9I) (Chapter 13 Case) (12/12)          Case Number 13–34493–KRH

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on August 19, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward R. Martin Sr.<br>aka Edward Randolph Martin Sr.<br>2315 Farrand Dr.<br>Henrico, VA 23231 | Rosa L Martin<br>aka Rosa Lee Martin<br>2315 Farrand Dr.<br>Henrico, VA 23231 |
| Case Number: 13–34493–KRH<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–1446<br>xxx–xx–7333 |
| Attorney for Debtor(s) (name and address):<br>Roger C Hurwitz<br>The Debt Law Group, PLLC<br>Box 10<br>4036 Plank Road<br>Fredericksburg, VA 22407<br>Telephone number: (804)921–1787 | Bankruptcy Trustee (name and address):<br>Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218–1780<br>Telephone number: (804) 775–0979 |

### Meeting of Creditors
Date: **September 26, 2013**      Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **December 26, 2013**     For a governmental unit: **February 18, 2014**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: November 25, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date: **October 16, 2013**      Time: **09:10 AM**
Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>701 East Broad Street<br>Richmond, VA 23219 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: August 20, 2013 |

## EXPLANATIONS    B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                      Case No. 13-34493-KRH
Edward R. Martin, Sr.                                       Chapter 13
Rosa L Martin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: alleyk          Page 1 of 3          Date Rcvd: Aug 20, 2013
                              Form ID: B9I          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
```
db/jdb     +Edward R. Martin, Sr.,   Rosa L Martin,   2315 Farrand Dr.,   Henrico, VA 23231-1803
tr          Robert E. Hyman,   P.O. Box 1780,   Richmond, VA 23218-1780
11947409   +America Law Group, Inc.,   t/a Debt Law Group,   2800 N Parham Rd, Ste 100,
             Henrico, VA 23294-4409
11947411   +Anderson Financial Services,   Loan Max,   4802 S Laburnum Ave,   Henrico, VA 23231-2714
11947412   +Anthony J. Puller, DDS,   7834 Forest Hill Ave,   #6,   Richmond, VA 23225-1974
11947413   +Avenue Dermatology,   420 Libbie Ave,   Richmond, VA 23226-2664
11947420   +CVS Pharmacy,   Third Party Billing Dep't,   One CVS drive,   Woonsocket, RI 02895-6146
11947419   +CVS Pharmacy,   PO Box 741665,   Atlanta, GA 30374-1665
11947417   #+Credit Adjustment Board,   306 East Grace St,   Richmond, VA 23219-1718
11947421   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court: Dominion Virginia Power,   PO Box 26666,   Richmond, VA 23261-6666)
11947422   +Encircle Collections I,   Attn: Bankruptcy Dept,   1691 Nw 107th Ave,   Doral, FL 33172-2707
11947428    LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
11947429   +Lipstock Lasik & Cataract Ctr,   PO Box 247,   Midlothian, VA 23113-0247
11947430   +MCV Physicians,   1601 Willow Lawn Dr, Ste 275,   Richmond, VA 23230-3422
11947431   +Memorial Med Ctr--Dept of MRMC,   7229 Forest Ave,   Suite 110,   Richmond, VA 23226-3765
11947432   +New Market Medical,   2660 New Market Rd,   Henrico, VA 23231-7408
11947433   +Patient First,   PO Box 758941,   Baltimore, MD 21275-8941
11947440   +WFS Financial,   Wachovia Dealer Services,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
11947439   +Webbnk/fhut,   6250 Ridgewood Roa,   Saint Cloud, MN 56303-0820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: rchurwitz@gmail.com Aug 21 2013 02:24:37     Roger C Hurwitz,
             The Debt Law Group, PLLC,   Box 10,   4036 Plank Road,   Fredericksburg, VA  22407
11947410   +Fax: 8042227848 Aug 21 2013 03:00:32     Advance 'Til Payday,   4311 Nine Mile Road,
             Richmond, VA 23223-4920
11947414   +EDI: CAPITALONE.COM Aug 21 2013 02:19:00     Capital 1 Bank,   Attn: Bankruptcy Dept.,
             Po Box 30285,   Salt Lake City, UT 84130-0285
11947415    E-mail/Text: bankruptcy@co.henrico.va.us Aug 21 2013 02:30:42     County of Henrico,
             Department of Public Utilities,   PO Box 90775,   Henrico, VA 23273-0775
11947418   +EDI: RCSFNBMARIN.COM Aug 21 2013 02:18:00     Credit One Bank,   Po Box 98873,
             Las Vegas, NV 89193-8873
11947423   +EDI: AMINFOFP.COM Aug 21 2013 02:18:00     First Premier Bank,   3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
11947424   +E-mail/Text: bankruptcy@co.henrico.va.us Aug 21 2013 02:30:42     Henrico County,
             Department of Finance,   PO Box 90775,   Henrico, VA 23273-0775
11947425    E-mail/Text: bankruptcy@co.henrico.va.us Aug 21 2013 02:30:42     Henrico County VA,
             Dept of Finance,   PO Box 90775,   Henrico, VA 23273-0775
11947427    EDI: IRS.COM Aug 21 2013 02:19:00     Internal Revenue Service,   400 N 8th Street, Box 76,
             Stop Room 898,   Richmond, VA 23219-0000
11947426    EDI: IRS.COM Aug 21 2013 02:19:00     Internal Revenue Service,   Insolvency Unit,   PO Box 7346,
             Philadelphia, PA 19101-7346
11947434   +E-mail/Text: colleen.atkinson@rmscollect.com Aug 21 2013 02:27:56     Receivable Management,
             Pob 17305,   Richmond, VA 23226-7305
11947435   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 21 2013 02:32:17     Regional Acceptance Co,
             304 Kellm Road,   Virginia Beach, VA 23462-2712
11947437   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 21 2013 02:32:17     Regional Acceptance Corp,
             1424 E. Firetower Rd.,   Greenville, NC 27858-4105
11947436   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 21 2013 02:32:17     Regional Acceptance Corp,
             266 Beacon Dr.,   Winterville, NC 28590-7924
11947438   +EDI: AFNIVERIZONE.COM Aug 21 2013 02:19:00     Verizon,   500 Technology Dr Ste 30,
             Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
11947416*     County of Henrico,   Dept of Public Utilities,   PO Box 90775,   Henrico, VA 23273-0775
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-7          User: alleyk              Page 2 of 3              Date Rcvd: Aug 20, 2013
                              Form ID: B9I              Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**             **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: alleyk              Page 3 of 3              Date Rcvd: Aug 20, 2013
                              Form ID: B9I              Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
        Robert E. Hyman    station08@ricva.net,
         notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.
         net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ric
         va.net;stat
        Roger C Hurwitz    on behalf of Joint Debtor Rosa L Martin rchurwitz@gmail.com,
         courtneyjeanclay@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.c
         om
        Roger C Hurwitz    on behalf of Debtor Edward R.  Martin, Sr. rchurwitz@gmail.com,
         courtneyjeanclay@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.c
         om
                                                              TOTAL: 3